IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES BRADLEY,                        :
                Plaintiff,            :
        v.                            :   Case No. 3:08-cv-24-KRG-KAP
SUPERINTENDENT JEFFREY PATRICK,       :
S.C.I. HOUTZDALE,                     :
                Defendant             :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C. § 636(b)(1), and subsections 3 and 4 of Local Rule
72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation
on April 9, 2008, docket no. 8, recommending that the plaintiff's
complaint be dismissed for failure to state a claim.

Plaintiff was notified at his last address, pursuant to
28 U.S.C. § 636(b)(1), that he had ten days to file written
objections to the Report and Recommendation. Plaintiff filed two
pleadings that he may have intended as objections, see docket no.
11 and docket no. 12; the time to file objections has expired.

After review of the record of this matter and the
recommendation of the Magistrate Judge, the following order is
entered:

AND NOW, this 30th day of April, 2008, it is

ORDERED that the complaint is dismissed for failure to state a claim. The plaintiff's motion for preliminary injunction, docket no. 6, is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

James E. Bradley FJ-8518
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000